| | |
|---|---|
| CATHERINE D. BETEMPS | STATE OF LOUISIANA |
| VERSUS | |
| DOLGENCORP, LLC d/b/a DOLLAR GENERAL and | 17TH JUDICIAL DISTRICT COURT |
| XYZ INSURANCE COMPANY | PARISH OF LAFOURCHE |
| DOCKET NO. 131308 | DIVISION "_____" |

DIVISION E

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the plaintiff, **CATHERINE D. BETEMPS**, who is domiciled in the Parish of Lafourche, State of Louisiana, who respectfully represents:

1.

The plaintiff shows that the entities listed below are made defendants and are liable unto plaintiff, jointly and in solido, for an amount as is justified in the premises, with legal interest from the date of judicial demand, until paid, and for all costs of these proceedings, for all reasons set forth below:

A) **DOLGENCORP, LLC d/b/a DOLLAR GENERAL**, a foreign limited liability company licensed to do business in the State of Louisiana.

2.

Venue is proper in this action pursuant to *Louisiana Code of Civil Procedure Article 74*.

3.

On or about November 13, 1015, at approximately 11:45 a.m., plaintiff Catherine D. Betemps was shopping at the Dollar General #1288, located on St. Mary Street, in Thibodaux, Parish of Lafourche, State of Louisiana. Ms. Betemps grabbed a bottle of milk, then carried the milk toward the checkout counter. After arriving at the checkout counter, she realized there were no Dollar General employees in the checkout area.

Page 1 of 4



EXHIBIT A

4.

Ms. Betemps set down her milk on the checkout counter, left the checkout area and located a Dollar General employee in another part of the store. The Dollar General employee began approaching her. Then another customer, an older man, walked past the Dollar General employee toward Ms. Betemps; the customer was carrying a bottle of liquid soap. Unbeknownst to Ms. Betemps, the customer's liquid soap was dripping onto the floor.

5.

The customer with the dripping soap passed Ms. Betemps. Without ever seeing the soap, Ms. Betemps slipped in the soap. As she was slipping and falling, the Dollar General employee said, "Watch, ma'am." But Dollar General employee's warning was too late because as the Dollar General employee uttered the words, "Watch, ma'am," Ms. Betemps was already falling. She landed on her right shoulder.

6.

As a result of defendant DOLGENCORP, LLC d/b/a DOLLAR GENERAL's negligence, plaintiff Catherine D. Betemps sustained personal injuries.

7.

Ms. Betemps could have taken no action to prevent this accident; consequently, she was and is free of comparative fault.

8.

The defendant DOLGENCORP, LLC d/b/a DOLLAR GENERAL is responsible for the injuries and damages suffered by plaintiff Catherine D. Betemps because of the following non-exclusive list of particulars:

    A) Presenting a reasonably foreseeable unreasonable risk of harm by stocking and selling a leaky soap bottle and allowing a customer to carry the leaky soap bottle to make it drip on the floor;

    B) Creating the condition of leaky soap bottle and having actual notice of the condition prior to Ms. Betemps' accident;

    C) Failing to exercise reasonable care to prevent the stocking and selling of a leaky liquid soap bottle;

    D)    Failing to properly and timely warn Ms. Betemps of this unreasonably dangerous condition and defect;

    E)    Failing to take corrective measures to remedy this hazard, vice and defect which it knew or should have known existed; and

    F)    Other acts or omissions which will be proven at trial.

9.

As a result of the defendant DOLGENCORP, LLC d/b/a DOLLAR GENERAL's actions, plaintiff Catherine D. Betemps suffered personal injuries as illustrated in this non-exclusive list of particulars:

    A)    Injuries to her right wrist, arm and shoulder, requiring general medical care, physical therapy, pain management and shoulder surgery;

    B)    Injuries to her lower back requiring general medical care; and

    C)    Other acts which will be proven at trial.

10.

As a result of Catherine D. Betemps' personal injuries, she is entitled to recover the following non-exclusive list of damages:

    A)    Physical pain and suffering (past, present and future);

    B)    Loss of enjoyment of life (past, present and future);

    C)    Mental anguish and anxiety (past, present and future);

    D)    Medical expenditures (past, present and future);

    E)    Lost earning capacity (past, present and future); and

    F)    Other damages not known at this time.

**WHEREFORE**, plaintiff prays that after due proceedings are had, there be judgment in favor of plaintiff, **CATHERINE D. BETEMPS**, and against the defendants, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL**, for an amount as justified in the premises, together with legal interest from the date of judicial demand, until paid, and for all costs of these proceedings.

Respectfully submitted,

**WOODY FALGOUST,**
**A Law Corporation**

_____
WOODY FALGOUST (#23726)
CASSIE RODRIGUE BRAUD (#30991)
1050 Canal Boulevard
Thibodaux, LA 70301
Telephone: 985-447-6665
Fax: 985-493-9908
Attorneys for the plaintiff Catherine D. Betemps

**PLEASE SERVE:**

**DOLGENCORP, LLC**
**d/b/a DOLLAR GENERAL**
through its agent for services of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

FILED
NOV 10 2016
CLERK OF COURT

A TRUE COPY.
Clerk of Court's Office,
Thibodaux, La.
Clerk of Court

| | |
|---|---|
| **CATHERINE D. BETEMPS** | **STATE OF LOUISIANA** |
| **VERSUS** | |
| | **17TH JUDICIAL DISTRICT COURT** |
| **DOLGENCORP, LLC d/b/a** | |
| **DOLLAR GENERAL and** | |
| **XYZ INSURANCE COMPANY** | **PARISH OF LAFOURCHE** |
| DOCKET NO. _131308_ | DIVISION "_____" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S NOVEMBER 10, 2016 DISCOVERY TO DEFENDANT DOLGEN CORP, LLC d/b/a DOLLAR GENERAL

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Catherine D. Betemps, who requests that defendant DOLGENCORP, LLC d/b/a DOLLAR GENERAL, answers under oath and in writing the following Interrogatories and Requests for Production and that defendant produce such answers and documents in the offices of undersigned counsel within the delays allowed by law.

In the following, "you," "your,""yours" and/or "Dollar General" refer to DOLGENCORP, LLC d/b/a DOLLAR GENERAL.

Also in the following, "the accident" refers to the accident described in plaintiff's Petition for Damages.

Also in the following, "accident site" refers to the precise location where plaintiff's accident occurred.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please list the names, current occupations, addresses, email addresses and telephone numbers of all eye witnesses to the accident.

### INTERROGATORY NO. 2:

Please list the names, current occupations, addresses, email addresses and telephone numbers of all Dollar General employees at the store referred to in the Petition at the time of the accident.

**INTERROGATORY NO. 3:**

Please list the name, current occupation, address, email address and telephone number of the Dollar General employee who stocked the liquid soap that ultimately caused the accident, and the name, current occupation, addresses, email addresses and telephone numbers of the Dollar General employee who was in charge of inspecting the soap at the time of the accident.

**INTERROGATORY NO. 4:**

Please list the names, current occupations, addresses, social security numbers and telephone numbers of your supervisors, floor managers, assistant managers and stores managers on duty at the time of the accident.

**INTERROGATORY NO. 5:**

Please list the names, current occupations, addresses, social security numbers and telephone numbers of the Dollar General employees responsible for policing or cleaning up the accident site at the time of the accident.

**INTERROGATORY NO. 6:**

Please list all of the witnesses that you may call at the trial of this matter, including the witness' name, address, phone number, email address, current occupation, title, and whether this witness will be called as a fact or expert witness.

**INTERROGATORY NO. 7:**

Please describe the age, make, model and type of floor installed at the accident site.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Please provide a copy of the accident or incident report.

**REQUEST FOR PRODUCTION NO. 2:**

Please provide a copy of Catherine Betemps' witness statement, recorded or otherwise.

**REQUEST FOR PRODUCTION NO. 3:**

Please provide a copy of any witness statements, describing or referring to the accident sued

upon.

### REQUEST FOR PRODUCTION NO. 4:

Please provide a copy of all surveillance video of the accident and/or accident site taken on the day of the accident.

### REQUEST FOR PRODUCTION NO. 5:

Please provide a copy of any photographs of the accident and/or accident site.

### REQUEST FOR PRODUCTION NO. 6:

Please provide a copy of your written slip and fall prevention procedures, floor cleaning policy and floor maintenance schedule, that were in place at the time of the accident.

### REQUEST FOR PRODUCTION NO. 7:

Please provide a copy of your written product inspection and product stocking policy and maintenance schedule that was in place at the time of the accident.

### REQUEST FOR PRODUCTION NO. 8:

Please provide a schematic or blueprint of the interior layout of the Dollar General store where the accident occurred.

### REQUEST FOR PRODUCTION NO. 9:

Please provide copies of all of the exhibits, including impeachment evidence, that you may use at the trial of this matter.

Respectfully submitted,

WOODY FALGOUST,
A Law Corporation

WOODY FALGOUST (#23726)
CASSIE RODRIGUE BRAUD (#30991)
1050 Canal Boulevard
Thibodaux, LA 70301
Telephone: 985-447-6665
Fax: 985-493-9908
Attorneys for the plaintiff Catherine D. Betemps

SEE NEXT PAGE FOR SERVICE INSTRUCTIONS

**PLEASE SERVE WITH THE PETITION FOR DAMAGES:**

**DOLGENCORP, LLC**
**d/b/a DOLLAR GENERAL**
through its agent for services of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

FILED
NOV 10 2016
Rita L. Bernard
CLERK OF COURT

A TRUE COPY
Clerk of Court's Office
Thibodaux, La. NOV 14 2016

D1324946

# CITATION

| CATHERINE D BETEMPS | SEVENTEENTH JUDICIAL DISTRICT |
| --- | --- |
| VS | PARISH OF LAFOURCHE |
| DOLGENCORP LLC, ET AL | STATE OF LOUISIANA |

**DOCKET NUMBER: C-131308**

TO: DOLGENCORP LLC
D/B/A DOLLAR GENERAL THRU ITS AGENT
CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE
BATON ROUGE, LA 70802
residing in the PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA

You are hereby cited to comply with the demand contained in the Petition for Damages a certified copy of which accompanies this citation. Alternatively, you should file an answer or other pleading to said Petition for Damages in the office of the Clerk of the Seventeenth Judicial District Court, in Thibodaux, Louisiana, within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of said Court.

Granted under the impress of my seal of office and my official signature at Thibodaux, Louisiana, November 14, 2016.

ANNETTE M. FONTANA
CLERK OF COURT

_____
Deputy Clerk of Court

WOODY FALGOUST
ATTORNEYS AT LAW
1050 CANAL BLVD.
THIBODAUX, LA 70301

FILED
NOV 28 2016
CLERK OF COURT

PERSONAL SERVICE

On _____ on the _____
Day of _____, 20____
Service: _____
Mileage: _____

NOTICE OF SERVICE
I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date: NOV 28, 2016

DOMICILIARY SERVICE
by tendering a copy of this to _____
Leaving the same with _____
On the ____ day of _____, 20____
Service: _____
Mileage: _____

Dty. Sheriff EAST BATON ROUGE Parish | Dty. Sheriff EAST BATON ROUGE Parish

NOV 21 2016

D1324979

# NOTICE OF REQUEST FOR PRODUCTION

CATHERINE D BETEMPS          SEVENTEENTH JUDICIAL DISTRICT

VS          PARISH OF LAFOURCHE

DOLGENCORP LLC, ET AL          STATE OF LOUISIANA

DOCKET NUMBER: C-131308

TO:    DOLGENCORP LLC
        D/B/A DOLLAR GENERAL THRU ITS AGENT
        CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE
        BATON ROUGE, LA 70802

PLEASE BE NOTIFIED THAT on November 10, 2016, a **Request for Production of Documents** was filed in the above numbered and entitled matter. You are hereby directed to comply with the said Request for Production in accordance with the Louisiana Code of Civil Procedure.

A certified copy of the Request for Production is attached hereto.

IN TESTIMONY WHEREOF, witness my hand and official seal of office, this November 14, 2016, at Thibodaux, Louisiana.

                                               ANNETTE M. FONTANA
                                               CLERK OF COURT

                                               Deputy Clerk of Court
                                               Lafourche Parish

*[Service stamp: NOV 22 2016 — I made service on the named party through the Corporation Services by tendering a copy of this document to ☐ JEANNINE SCHUTTE ☒ PAULA GLASER ☐ JARY CLAFLIN — Deputy Sheriff, Parish of East Baton Rouge, Louisiana]*

**FILED**
NOV 28 2016
Annette M. Fontana
CLERK OF COURT

D1324953

# CITATION ON INTERROGATORIES

| | |
|---|---|
| CATHERINE D BETEMPS | SEVENTEENTH JUDICIAL DISTRICT |
| VS | PARISH OF LAFOURCHE |
| DOLGENCORP LLC, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-131308 | |

TO: DOLGENCORP LLC
D/B/A DOLLAR GENERAL THRU ITS AGENT
CORPORATION SERVICE COMPANY, 501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

YOU ARE HEREBY SUMMONED to comply with the demand contained in the interrogatories of which a copy accompanies this citation, or deliver your answer to the same in the office of the Clerk of the 17th Judicial District Court in an for the Parish of Lafourche, State of Louisiana within 30 days after the service thereof, and to answer in writing, under oath and categorically, the interrogatories, a copy of which accompanies this citation, and to deliver your answer to the same in the office of the said Clerk within 30 days after the service thereof.

WITNESS the Honorable Judges of said Court, this November 14, 2016.

ANNETTE M. FONTANA
CLERK OF COURT

_____
Deputy Clerk of Court
Lafourche Parish

ATTORNEY:
WOODY FALGOUST
ATTORNEYS AT LAW
1050 CANAL BLVD.
THIBODAUX, LA 70301

FILED
NOV 28 2016
CLERK OF COURT

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On _____ | On the _____ day of |
| Day of _____, 20__ | _____, 20__ by |
| Service: _____ | Service: _____ |
| Mileage: _____ | Mileage: _____ |

Dty. Sheriff EAST BATON ROUGE Parish | Dty. Sheriff EAST BATON ROUGE Parish

I hereby certify that this Notice of Service was mailed by me to the requesting party.
Date: Nov. 28, 2016